UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB 16  P 3: 15

CIVIL ACTION NO. 05-10012NG

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| MARC LOPILATO and ALFREDO LOPILATO, Plaintiffs | ) ) ) ) |
| v. | ) ) |
| OFFICER MICHAEL LANK, OFFICER GLENN NIX, OFFICER ERROL LANE, CANTON POLICE CHIEF PETER BRIGHT, and THE TOWN OF CANTON, Defendants | ) ) ) ) ) ) |

## NOTICE OF APPEARANCE OF COUNSEL

Please enter our appearance as Counsel on behalf of Defendants Michael Lank, Glenn Nix, Errol Lane, Peter Bright and the Town of Canton in the above-captioned matter.

The Defendants,
MICHAEL LANK, GLENN NIX, ERROL LANE, PETER BRIGHT, and THE TOWN OF CANTON
By their attorneys,

William P. Breen, Jr., Esq. BBO # 558768
Rebecca L. Andrews, BBO #644846
MURPHY, HESSE, TOOMEY & LEHANE, LLP
300 Crown Colony Drive, Suite 410
Quincy, MA 02169
(617) 479-5000

Dated: February 14, 2005

## CERTIFICATION OF SERVICE

The undersigned attorney hereby certifies that on this 14th day of February, 2005, he served a copy of the foregoing document, via first class mail, upon the following:

Stephen B. Hrones, Esq.
Jessica D. Hedges, Esq.
HRONES & GARRITY
Lewis Wharf- Bay 232
Boston, MA 02210-3927

_____
William P. Breen, Jr.