UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10012NG

| | |
|---|---|
| MARC LOPILATO and<br>ALFREDO LOPILATO,<br>    Plaintiffs<br><br>v.<br><br>OFFICER MICHAEL LANK, OFFICER<br>GLENN NIX, OFFICER ERROL LANE,<br>CANTON POLICE CHIEF PETER<br>BRIGHT, and THE TOWN OF CANTON,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### CERTIFICATION PURSUANT TO LOCAL RULE 16.1

The undersigned hereby certify and affirm that defense counsel has conferred with his client:

(a)    With a view to establishing a budget for the cost of conducting the full course - and various alternative courses - of the litigation; and

(b)    To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

The Defendant,
Town of Canton

_____
William Friel
Town Administrator

Defense counsel,

_____
William P. Breen, Jr., BBO #558768
Murphy, Hesse, Toomey & Lehane, LLP
300 Crown Colony Drive, Suite 410
P.O. Box 9126
Quincy, MA 02269-9126

Dated: January 27, 2005

## CERTIFICATION OF SERVICE

The undersigned attorney hereby certifies that on this 14th day of February, 2005, he served a copy of the foregoing document, via first class mail, upon the following:

Stephen B. Hrones, Esq.
Jessica D. Hedges, Esq.
HRONES & GARRITY
Lewis Wharf- Bay 232
Boston, MA 02210-3927

_____
William P. Breen, Jr.