UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10012NG

| | |
|---|---|
| MARC LOPILATO and <br> ALFREDO LOPILATO, <br>     Plaintiffs <br> <br> v. <br> <br> OFFICER MICHAEL LANK, OFFICER <br> GLENN NIX, OFFICER ERROL LANE, <br> CANTON POLICE CHIEF PETER <br> BRIGHT, and THE TOWN OF CANTON, <br>     Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1

The undersigned hereby certify and affirm that defense counsel has conferred with his client:

(a)      With a view to establishing a budget for the cost of conducting the full course - and various alternative courses - of the litigation; and

(b)      To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

The Defendant,

*/s/ Michael Lank*

Michael Lank
Town of Canton

Defense counsel,

*/s/ William P. Breen, Jr.*

William P. Breen, Jr., BBO #558768
Murphy, Hesse, Toomey & Lehane, LLP
300 Crown Colony Drive, Suite 410
P.O. Box 9126
Quincy, MA 02269-9126

Dated: January 27, 2005

## CERTIFICATION OF SERVICE

The undersigned attorney hereby certifies that on this \_\_\_ day of February, 2005, he served a copy of the foregoing document, via first class mail, upon the following:

Stephen B. Hrones, Esq.
Jessica D. Hedges, Esq.
HRONES & GARRITY
Lewis Wharf- Bay 232
Boston, MA 02210-3927

William P. Breen, Jr.