UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10012NG

| | |
|---|---|
| MARC LOPILATO and ALFREDO LOPILATO, Plaintiffs | ) ) ) ) |
| v. | ) ) |
| OFFICER MICHAEL LANK, OFFICER GLENN NIX, OFFICER ERROL LANE, CANTON POLICE CHIEF PETER BRIGHT, and THE TOWN OF CANTON, Defendants | ) ) ) ) ) ) |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1

The undersigned hereby certify and affirm that defense counsel has conferred with his client:

(a)  With a view to establishing a budget for the cost of conducting the full course - and various alternative courses - of the litigation; and

(b)  To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

The Defendant,

_Errol P. Lane_
Errol Lane

Defense counsel,

_William P. Breen_
William P. Breen, Jr., BBO #558768
Murphy, Hesse, Toomey & Lehane, LLP
300 Crown Colony Drive, Suite 410
P.O. Box 9126
Quincy, MA 02269-9126

Dated: January 27, 2005

## CERTIFICATION OF SERVICE

The undersigned attorney hereby certifies that on this 14th day of February, 2005, he served a copy of the foregoing document, via first class mail, upon the following:

Stephen B. Hrones, Esq.
Jessica D. Hedges, Esq.
HRONES & GARRITY
Lewis Wharf- Bay 232
Boston, MA 02210-3927

_____
William P. Breen, Jr.