UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10012NG

| | |
|---|---|
| MARC LOPILATO and<br>ALFREDO LOPILATO,<br>    Plaintiffs<br><br>v.<br><br>OFFICER MICHAEL LANK, OFFICER<br>GLENN NIX, OFFICER ERROL LANE,<br>CANTON POLICE CHIEF PETER<br>BRIGHT, and THE TOWN OF CANTON,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1

The undersigned hereby certify and affirm that defense counsel has conferred with his client:

(a) With a view to establishing a budget for the cost of conducting the full course - and various alternative courses - of the litigation; and

(b) To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

The Defendant,

_____
Peter Bright

Defense counsel,

_____
William P. Breen, Jr., BBO #558768
Murphy, Hesse, Toomey & Lehane, LLP
300 Crown Colony Drive, Suite 410
P.O. Box 9126
Quincy, MA 02269-9126

Dated: January 27, 2005

## CERTIFICATION OF SERVICE

The undersigned attorney hereby certifies that on this 14th day of February, 2005, he served a copy of the foregoing document, via first class mail, upon the following:

Stephen B. Hrones, Esq.
Jessica D. Hedges, Esq.
HRONES & GARRITY
Lewis Wharf- Bay 232
Boston, MA 02210-3927

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　William P. Breen, Jr.