UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10012NG

| | |
|---|---|
| MARC LOPILATO and <br> ALFREDO LOPILATO, <br>     Plaintiffs <br><br> v. <br><br> OFFICER MICHAEL LANK, OFFICER GLENN NIX, OFFICER ERROL LANE, CANTON POLICE CHIEF PETER BRIGHT, and THE TOWN OF CANTON, <br>     Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1

The undersigned hereby certify and affirm that defense counsel has conferred with his client:

(a)  With a view to establishing a budget for the cost of conducting the full course - and various alternative courses - of the litigation; and

(b)  To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

The Defendant,                                    Defense counsel,

_____                 _____
Glenn Nix                                              William P. Breen, Jr., BBO #558768
                                                              Murphy, Hesse, Toomey & Lehane, LLP
                                                              300 Crown Colony Drive, Suite 410
                                                              P.O. Box 9126
                                                              Quincy, MA 02269-9126

Dated: January 27, 2005

## CERTIFICATION OF SERVICE

The undersigned attorney hereby certifies that on this 14th day of February, 2005, he served a copy of the foregoing document, via first class mail, upon the following:

Stephen B. Hrones, Esq.
Jessica D. Hedges, Esq.
HRONES & GARRITY
Lewis Wharf- Bay 232
Boston, MA 02210-3927

*[signature]*
William P. Breen, Jr.