UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARC LOPILATO and ALFREDO, LOPILATO,<br>    Plaintiffs<br><br>v.<br><br>Officer MICHAEL LANK, Officer GLENN NIX, Officer ERROL LANE, Canton Police Chief PETER BRIGHT, and the TOWN OF CANTON,<br>    Defendants, | C.A. NO. 05-10012NG<br><br>**COUNSEL CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)** |

In accordance with Local Rule 16.1(d)(3), the undersigned counsel as an authorized representative of Plaintiff Alfredo Lopilato, certify that counsel and parties have conferred with a view to establishing a budget for the costs of conducting the full course and various alternate courses of litigation and to consider the resolution of the litigation through the use of ADR process such as those outlined in Local Rule 16.1(D)(3).

                        Respectfully submitted,
                        The Plaintiff Alfredo Lopilato,
                        By his attorneys,

//S//Alfredo Lopilato                     //S//Jessica D Hedges
Alfredo Lopilato                              Stephen Hrones (BBO No. 242860)
                                          Jessica D Hedges (BBO#645847)
                                          HRONES GARRITY & HEDGES
                                          Lewis Wharf-Bay 232
                                          Boston, MA 02110-3927
                                          T)617/227-4019

**CERTIFICATE OF SERVICE**

    I, Jessica D Hedges, hereby certify that on this 28th day of February, 2005, I served one true and correct copy of the plaintiff's COUNSEL CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3), where unable to do so electronically, by United States First-Class Mail, postage prepaid, as follows: William P Breen, Jr., Esq., Rebecca L Andrews, Esq., MURPHY HESSE *et al.,* 300 Crown Colony Dr, Ste 410, POB 9126, Quincy, MA 02269-9126.

                                                      //S// Jessica D Hedges
                                                        Jessica D. Hedges