UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-10012NG

| | |
|---|---|
| MARC LOPILATO and ALFREDO LOPILATO,<br>    Plaintiffs,<br><br>v.<br><br>OFFICER MICHAEL LANK, OFFICER GLENN<br>NIX, OFFICER ERROL LANE, CANTON<br>POLICE CHIEF PETER BRIGHT, AND<br>THE TOWN OF CANTON,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATEMENT

Pursuant to the Court's Notice of Scheduling Conference and Rule 16.1(D) of the Local Rules of the United States District Court for the District of Massachusetts, counsel for the above named parties have conferred and state as follows:

**1.    Joint Discovery Plan and Motion Schedule:**

The parties propose the following pre-trial schedule:

(a)    Automatic document disclosure to be completed on or before December 15, 2005;

(b)    Written discovery requests are to be filed by February 15, 2006, and answers/ responses are to be filed within the time provided by the rules;

(c)    All discovery is to be completed by August 31, 2006;

(d)    All expert witness disclosures of the plaintiff shall be made by September 1, 2006;

(e)    All expert witness disclosures by the defendant shall be made by October 1, 2006;

(f)    All dispositive motions are to be filed by November 30, 2006;

(g)    All responses to dispositive motions are to be filed by December 29, 2006;

(h)    A final pre-trial conference will be held per order of the Court.

2.  Certifications regarding each parties consultation with counsel regarding budgets and alternative dispute resolution will be filed separately.

| | |
|---|---|
| Respectfully submitted,<br>MARC LOPILATO and<br>ALFREDO LOPILATO,<br>Plaintiffs,<br>By Their Attorneys, | Respectfully submitted,<br>OFFICER MICHAEL LANK,<br>OFFICER GLENN NIX,<br>OFFICER ERROL LANE,<br>CANTON POLICE CHIEF PETER BRIGHT,<br>AND THE TOWN OF CANTON,<br>Defendants,<br>By Their Attorneys, |
| //s//Jessica D. Hedges<br>Stephen Hrones (BBO No. 242860)<br>Jessica D. Hedges (BBO No. 645847)<br>Hrones, Garrity & Hedges LLP<br>Lewis Wharf-Bay 232<br>Boston, MA 02110-3927<br>617-227-4019 | //s//William P. Breen, Jr.<br>William P. Breen, Jr. (BBO No. 558768)<br>Rebecca L. Andrews (BBO No. 644846)<br>Murphy Hesse Toomey & Lehane LLP<br>300 Crown Colony Drive, Suite 410<br>Quincy, MA 02169<br>617-479-5000 |
| DATED: November 30, 2005 | DATED: November 30, 2005 |