UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARC LOPILATO and ALFREDO LOPILATO<br>    Plaintiffs,<br><br>v.<br><br>OFFICER MICHAEL LANK, OFFICER GLENN NIX, OFFICER ERROL LANE, CANTON POLICE CHIEF PETER BRIGHT, and THE TOWN OF CANTON<br>    Defendants. | C.A. No. 05-10012-NG |

**NOTICE OF APPEARANCE**

Please notice the appearance of Michael Tumposky as co-counsel for the Plaintiffs in the above-entitled matter.

//s//Michael Tumposky
Michael Tumposky
BBO No. 660618
Hrones, Garrity & Hedges
Lewis Wharf-Bay 232
Boston, MA 02110-3927
T) 617-227-4019

**CERTIFICATE OF SERVICE**

I, Michael Tumposky, hereby certify that, on this the 21st day of December, 2005, I have served a copy of this Notice of Appearance, where unable to do so electronically, on all counsel of record in this matter.

//s//Michael Tumposky
Michael Tumposky
