UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10012NG

| | |
|---|---|
| MARC LOPILATO and <br> ALFREDO LOPILATO, <br>   Plaintiffs <br> <br> v. <br> <br> OFFICER MICHAEL LANK, OFFICER GLENN NIX, OFFICER ERROL LANE, CANTON POLICE CHIEF PETER BRIGHT, and THE TOWN OF CANTON, <br>   Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL

Rebecca L. Andrews hereby serves notice of her withdrawal of appearance as counsel for Defendants Officer Michael Lank, Officer Glenn Nix, Office Errol Lane, Canton Police Chief Peter Bright and the Town of Canton.

Respectfully submitted,


/s/ Rebecca L. Andrews
Rebecca L. Andrews, Esq., BBO #644846
Murphy, Hesse, Toomey & Lehane, LLP
300 Crown Colony Drive, Suite 410
Quincy, MA 02110
(617)479-50000

Date:   March 9, 2006

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 9, 2006.

                                      /s/ Rebecca L. Andrews
                                      Rebecca L. Andrews