UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CA NO. 05-10012NG

ALFREDO LOPILATO and
MARC LOPILATO,
    Plaintiffs,

V.

OFFICER MARK LANK, OFFICER GLEN NIX,
OFFICER ERROL LANE, CANTON POLICE
CHIEF PETER BRIGHT, and TOWN OF CANTON,
    Defendants.

## NOTICE OF APPEARANCE

Kindly enter my appearance on behalf of the defendants, Peter Bright, Errol Lane, Glenn Nix, Michael Lank and Town of Canton in the above captioned matter.

    Defendants, Peter Bright, Errol Lane, Glenn
    Nix, Michael Lank and Town of Canton
    by their attorney,

    /s/ James W. Simpson
    James W. Simpson, Jr. BBO# 634344
    Douglas I. Louison  BBO# 545191
    MERRICK, LOUISON & COSTELLO
    67 Batterymarch Street
    Boston, MA 02110
    (617) 439-0305

### CERTIFICATE OF SERVICE

I, James W. Simpson, Jr., hereby certify that on the 4th day of May, 2006, I served the foregoing by causing a copy to be mailed, postage prepaid, directed to: **Stephen B. Hrones, Jessica Hedges**, HRONES & GARRITY, Lewis Wharf, Bay 232, Boston, MA 02110.

    /s/ James W. Simpson
    **James W. Simpson, Jr.**