UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARC LOPILATO, et al.<br>　　　Plaintiffs,<br><br>v.<br><br>OFFICER MICHAEL LANK,<br>OFFICER GLENN NIX,<br>OFFICER ERROL LANE,<br>CANTON POLICE CHIEF<br>PETER BRIGHT and<br>THE TOWN OF CANTON,<br>　　　Defendants. | CIVIL ACTION NO. 05-CV-10012-NG |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL

Please withdraw the appearance of William P. Breen, Jr., as attorney for Defendants, Officer Michael Lank, Officer Glenn Nix, Officer Errol Lane, Canton Police Chief Peter Bright and The Town of Canton, in the above-entitled case.

　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　/s/ William P. Breen, Jr.
　　　　　　　　　　　　　　　　　　William P. Breen, Jr., BBO #558768
　　　　　　　　　　　　　　　　　　ECKERT, SEAMANS, CHERIN & MELLOTT, LLC
　　　　　　　　　　　　　　　　　　One International Place
　　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　　(617) 342-6800

Dated: May 17, 2006

2

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 17, 2006.

/s/ William P. Breen, Jr.

{K0325407.1}

2