UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CA NO. 05-10012NG

ALFREDO LOPILATO and
MARC LOPILATO,
    Plaintiffs,

V.

OFFICER MARK LANK, OFFICER GLEN NIX,
OFFICER ERROL LANE, CANTON POLICE
CHIEF PETER BRIGHT, and TOWN OF CANTON,
    Defendants.

## NOTICE OF APPEARANCE

Kindly enter my appearance on behalf of the defendants, Peter Bright, Errol Lane, Glenn Nix, Michael Lank and Town of Canton in the above captioned matter. Please note that my appearance is in addition to that of Attorney Douglas I. Louison and Stephen C. Pfaff.

    Defendants, Peter Bright, Errol Lane, Glenn
    Nix, Michael Lank and Town of Canton
    by their attorney,

    */s/ Valerie A. McCormack*
    Valerie A. McCormack, BBO# 661460
    MERRICK, LOUISON & COSTELLO
    67 Batterymarch Street
    Boston, MA 02110
    (617) 439-0305

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of August, 2007, I served the foregoing by causing a copy to be electronically served and/or mailed to: Stephen B. Hrones, HRONES & GARRITY, Lewis Wharf, Bay 232, Boston, MA 02110.

    */s/ Valerie A. McCormack*
    Valerie A. McCormack