UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10012NG

MARC LOPILATO and )
ALFREDO LOPILATO, )
   Plaintiffs )
 )
5. )
 )
OFFICER MICHAEL LANK, OFFICER )
GLENN NIX, OFFICER ERROL LANE, )
CANTON POLICE CHIEF PETER BRIGHT )
BRIGHT, and THE TOWN OF CANTON, )
   Defendants )
 )

## ORDER

Defendant's Motion for an Order granting access to criminal offender record information concerning the plaintiff, Marc Lopilato, is hereby allowed.

Any State agency possessing criminal offender record information concerning the plaintiff **Marc Lopilato, d.o.b. xx/xx/xxxx, social security number xxx-xx-xxxx**, shall release the information to Attorney Valerie A. McCormack or his appointed agent upon presentation of this Order.

By the Court:

_____

DATE: 10/2/07