UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARC LOPILATO and ALFREDO, LOPILATO, <br> Plaintiffs <br><br> v. <br><br> Officer MICHAEL LANK, Officer GLENN NIX, Officer ERROL LANE, Canton Police Chief PETER BRIGHT, and the TOWN OF CANTON, <br>      Defendants, | C.A. NO. 05-10012 NG |

## DEFENDANTS' REQUEST FOR JURY VOIR DIRE

1. Is there anyone on the jury who would be influenced by the fact that the defendant is a municipality?

2. Is there anyone on the jury who feels he/she cannot sit as an impartial juror because the case involves the actions of police officers?

3. Does anyone on the jury believe that they or members of their family or their friends or acquaintances have been unreasonably treated by police officers?

4. Has anyone on the jury or members of their family or their friends or acquaintances been arrested before?

5. Is there any member of the jury panel who is or has been a police officer, or worked in a police department, or whose relative or friend is or has been a police officer or worked in a police department?

6. Is there any member of the jury panel, their family or their friends or acquaintances that has brought a lawsuit against a police officer, a municipality, a municipal board or an agency?

7. Is there any member of the jury panel who now or has in the past resided in the Town of Canton?

8. Is there any member of the jury panel, their family or their friends or acquaintances that has alleged that they have been a victim of civil rights violations?

9. Is there any member of the jury panel, their family or their friends or acquaintances that has

        alleged that they have been a victim of discrimination?

10.     Is there any member of the jury panel, their family or their friends or acquaintances that has alleged that they have been a victim of a hostile work environment?

11.     Has anyone on the jury or members of their family or their friends or acquaintances read or heard about this case in newspapers, radio, television or other media source?

12.     Is there any member of the jury panel, their family or their friends or acquaintances that belongs to any organization that promotes civil rights?

13.     Is there any member of the jury panel who has an unfavorable opinion or view of the Canton Police Department?

                                            The defendants,
                                            By their attorneys,

                                            */S/ Valerie A. McCormack*
                                            Douglas I. Louison, BBO# 545191
                                            Valerie A. McCormack, BBO # 661460
                                            Merrick, Louison & Costello, LLP.
                                            67 Batterymarch Street
                                            Boston, MA 02110
                                            (617) 439-0305

Dated: October 10, 2007

## CERTIFICATE OF SERVICE

I, Valerie A. McCormack, hereby certify that on this 10th day of October, 2007, I served the foregoing by electronic filing and/or causing a copy to be mailed, postage prepaid, to the parties of record.

                                              */s/ Valerie A. McCormack*
                                              Valerie A. McCormack, Esq.