UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARC LOPILATO and ALFREDO, ) <br> LOPILATO, ) <br> Plaintiffs ) <br> ) <br> v. ) <br> ) <br> Officer MICHAEL LANK, Officer GLENN ) <br> NIX, Officer ERROL LANE, Canton Police ) <br> Chief PETER BRIGHT, and the TOWN OF ) <br> CANTON, ) <br>     Defendants, ) <br> ) | C.A. NO. 05-10012 NG |

## DEFENDANTS' AMENDED EXHIBIT LIST

1. Tapes from radio and phone conversations to and from Canton police station for August 31, 2002, and February 2, 2003
2. Incident No.: I0208594: Canton PD Incident Report, "Report of Fight" 8/31/02, 1:18, narrative by Glenn Nix 9/1/02, printed 9/2/02.
3. Incident No.: I0208594: Canton PD Incident Report, "Report of Fight" 8/31/02, 1:18, narrative by Glenn Nix (no date), printed 9/3/02. Handwritten notes: "Brendan Albert" added under Dispatcher Remarks, and at the end, "Where is statement from J. Marathas."
4. Incident No.: I0208594: Canton PD Incident Report, "Report of Fight" 8/31/02, 1:18, narrative by Glenn Nix (no date), supplemental report by Michael Lank (no date).  Printed 9/27/02.
5. Incident No. I0208687: Canton Police Department Incident Report, "Disturbance."  Dated 9/2/02, 00:40. by Officer Lank, narrative dated 9/2/02. printed 9/2/02.
6. 9/2/02Canton PD master card detail listing for Marc Lopilato #M9612800
7. 9/2/02 Canton PD master card detail listing for Alfredo Lopilato #M9705174
8. 9/2/02 Application for Complaint, by Detective Edward Callery against Alfredo Lopilato, A&B on police officer.
9. 9/2/02 Application for Complaint, by Detective Edward Callery against Marc Lopilato, A&B on police officer.
10. 9-3-02 letter from Sgt. Ken Drinan to Lt. Thomas McDonnell re: incident No.: 0208594.
11. Incident No. I0208593: Canton PD Incident Report, "start shift" entered on 8/31/02, 00:00, Ronayne, start shift. Lists Saraf, O'Brien, Lane, Nix and Ronayne.
12. 9/2/02, CORI records for Alfredo Lopilato.
13. 9/3/02 CORI records for Marc Lopilato and Alfredo Lopilato.
14. Blank Town of Canton Internal Complaint Form.

15. 9/4/02 report to Lt. Findlen from Officer Eric Wade on 8/30/02 incident.
16. Incident No.: I0208589: Canton PD incident report, Group gathering, 8/30/02, 22:47 caller: James Marathas.  Entered by Quigley, printed 9/4/02. Officer Wade's report attached.
17. Incident No.: I0208589: Canton PD incident report, Group gathering, 8/30/02, 22:47 caller: James Marathas.  Entered by Quigley, printed 9/24/02. Handwritten note, "Earlier call on Lopilatos." Officer Wade's report attached.
18. 2-5-03 to 2-6-03, to 9:55 AM Videotape of convenience store.
19. Incident No.: I0301267:  Canton PD Incident Report, "Unwanted Party."  Patrol initiated 2/6/03, 00:53, Austin's Mobil. Dispatch: Drinan. Narrative by Officer Lank, 2/6/03. printed 2/6/03.
20. 2/6/03 Arrest- Custody Report for Marc Lopilato, Incident #I0301267.  Arresting Officer: Michael Lank, Complainant:  Det. Edward Callery.
21. 2-6-03 report to Chief Bright from Sgt. Ken Drinan re: arrest of Marc Lopilato.
22. 2/6/03, Town of Canton Miranda warnings
23. 10/2/03 & 10/3/03, Transcript from Dedham District Court, - Com v. Alfredo Lopilato, CR1813
24. Master card detail listing dated 7/25/07 for Marc Lopilato, #M9612800
25. Master card detail listing dated 7/25/07 for Alfredo Lopilato, #M0203868
26. Dental records of Michael Lank

    Defendants,
    By their attorneys,


    /s/ Valerie A. McCormack
    Douglas I. Louison, BBO# 545191
    Valerie A. McCormack, BBO# 661460
    MERRICK, LOUISON & COSTELLO
    67 Batterymarch Street
    Boston, MA 02110
    (617) 439-0305


## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of October, 2007, I served the foregoing by causing a copy to be filed electronically as well as mailed, postage prepaid, directed to plaintiffs' counsel.

    s/ Valerie A. McCormack
    Valerie A. McCormack