UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10012NG

| | |
|---|---|
| MARC LOPILATO and <br> ALFREDO LOPILATO, <br>    Plaintiffs <br> <br> 5. <br> <br> OFFICER MICHAEL LANK, OFFICER <br> GLENN NIX, OFFICER ERROL LANE, <br> CANTON POLICE CHIEF PETER BRIGHT <br> BRIGHT, and THE TOWN OF CANTON, <br>    Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANT'S MOTION FOR AN ORDER
GRANTING ACCESS TO CRIMINAL OFFENDER RECORD INFORMATION
CONCERNING THE PLAINTIFF, ALFREDO LOPILATO**

    The defendant moves this Court for an Order allowing them to obtain from the State Correctional Agencies, Criminal Offender Record Information ("CORI") relating to the plaintiff, **Alfredo Lopilato, d.o.b. xx/xx/xxxx, social security number xxx-xx-xxxx.**

    The defendant submits that they should be allowed access to "CORI" information to determine what information exists relating to the plaintiff, Alfredo Lopilato's criminal record in order to prepare an adequate cross-examination of the plaintiff and to test the credibility of the plaintiff's testimony in the above matter.

    Attorneys of record have been certified as a class of persons entitled to access to "CORI" and, absent a Court Order, the State agencies in control of "CORI" will not release the requested information. A prepared form of Order has been attached.

        Defendants,
        By their attorneys,


        <u>/s/ Valerie A. McCormack</u>
        Valerie A. McCormack, BBO 661460
        MERRICK, LOUISON & COSTELLO
        67 Batterymarch Street
        Boston, MA 02110
        (617) 439-0305


<u>CERTIFICATE OF SERVICE</u>

     I, Valerie A. McCormack, hereby certify that on the 11th day of October, 2007, I served the foregoing by causing a copy to be filed electronically as well as mailed, postage prepaid, directed to plaintiffs' counsel.


        <u>s/ Valerie A. McCormack</u>
        Valerie A. McCormack

UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10012NG

| | |
|---|---|
| MARC LOPILATO and | ) |
| ALFREDO LOPILATO, | ) |
|     Plaintiffs | ) |
| | ) |
| 5. | ) |
| | ) |
| OFFICER MICHAEL LANK, OFFICER | ) |
| GLENN NIX, OFFICER ERROL LANE, | ) |
| CANTON POLICE CHIEF PETER BRIGHT | ) |
| BRIGHT, and THE TOWN OF CANTON, | ) |
|     Defendants | ) |
| | ) |

## ORDER

Defendant's Motion for an Order granting access to criminal offender record information concerning the plaintiff, Alfredo Lopilato, is hereby allowed.

Any State agency possessing criminal offender record information concerning the plaintiff **Alfredo Lopilato, d.o.b. xx/xx/xxxx, social security number xxx-xx-xxxx**, shall release the information to Attorney Valerie A. McCormack or her appointed agent upon presentation of this Order.

By the Court:

_____

DATE:_____

UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10012NG

| | |
|---|---|
| **MARC LOPILATO and** | ) |
| **ALFREDO LOPILATO,** | ) |
| Plaintiffs | ) |
| | ) |
| **5.** | ) |
| | ) |
| **OFFICER MICHAEL LANK, OFFICER** | ) |
| **GLENN NIX, OFFICER ERROL LANE,** | ) |
| **CANTON POLICE CHIEF PETER BRIGHT** | ) |
| **BRIGHT, and THE TOWN OF CANTON,** | ) |
| Defendants | ) |
| | ) |

**AFFIDAVIT IN SUPPORT OF MOTION FOR "CORI" RECORD**

I, Valerie A. McCormack, hereby swear and depose the following:

1. I am an attorney at law licensed to practice in the Commonwealth of Massachusetts with offices at 67 Batterymarch Street, Boston, Massachusetts.

2. I represent the defendants in the above action.

3. I have requested "CORI" information on the plaintiff, Alfredo Lopilato. I will use the "CORI" for trial strategy or trial witness impeachment purposes only.

4. I will not otherwise disclose the "CORI" to unauthorized persons as required by Massachusetts General Law Chapter 6, Sections 167-178 and 803 C.M.R. 1 - 6.03.

Signed under the pains and penalties of perjury this 11th day of October, 2007.

/s/ Valerie A. McCormack
Valerie A. McCormack

UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10012NG

| | |
|---|---|
| **MARC LOPILATO and** | ) |
| **ALFREDO LOPILATO,** | ) |
| Plaintiffs | ) |
| | ) |
| **1.** | ) |
| | ) |
| **OFFICER MICHAEL LANK, OFFICER** | ) |
| **GLENN NIX, OFFICER ERROL LANE,** | ) |
| **CANTON POLICE CHIEF PETER BRIGHT** | ) |
| **BRIGHT, and THE TOWN OF CANTON,** | ) |
| Defendants | ) |
| | ) |

**Certificate Pursuant to Local Rule 7.1(a)(2)**

Counsel for the moving defendants, Valerie A. McCormack., certifies pursuant to L.R. 7.1(a)(2) that he has to conferred with plaintiff's counsel, Jessica Hedges and Attorney Hedges does not oppose the filing of the within motion by the defendants.

                                            Defendants,
                                            By his attorney,

                                            /s/ Valerie A. McCormack
                                            Valerie A. McCormack, BBO 661460
                                            MERRICK,  LOUISON & COSTELLO
                                            67 Batterymarch Street
                                            Boston, MA 02110
                                            (617) 439-0305

<u>CERTIFICATE OF SERVICE</u>

I, Valerie A. McCormack, hereby certify that on the 11th day of October, 2007, I served the foregoing by causing a copy to be filed electronically as well as mailed, postage prepaid, directed to plaintiffs' counsel.

                                            s/ Valerie A. McCormack
                                            Valerie A. McCormack