UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARC LOPILATO and ALFREDO, LOPILATO,<br>    Plaintiffs,<br><br>v.<br><br>Officer MICHAEL LANK, Officer GLENN NIX, Officer ERROL LANE, Canton Police Chief PETER BRIGHT, and the TOWN OF CANTON,<br>    Defendants, | C.A. NO. 05-10012-NG |

## PLAINTIFF'S REQUEST FOR JURY VOIR DIRE

Now come the plaintiffs, and move that all the prospective jurors undergo individual voir dire as to the following questions in order to determine if they are unbiased jurors. Pursuant to such examination, the plaintiffs request that the following brief statement of facts of the case be put to the jurors.

> In this case, the plaintiff, Marc Lopilato, alleges that on August 31, 2002, defendant Lank used unreasonable force against him. Plaintiff Alfredo Lopilato alleges that, on that same day, defendants Lank, Nix and Lane seized him unlawfully. Plaintiff Marc Lopilato also alleges that February 6, 2003, Defendant Lank falsely arrested him. In addition, the plaintiffs allege that all of the defendants violated their First Amendment rights and that defendants Bright and the Town of Canton had a custom and policy of deliberate indifference to constitutional violations.

> The defendants deny the allegations.

### PROPOSED VOIR DIRE QUESTIONS

1. Have you, any members of your family, or any close friends ever held a job in law enforcement?

2. Have you, any member of your family, or close friends been employed by or worked for the Town of Canton? If so, who, when, and in what capacity?

3. Are you more likely to believe the testimony of a police officer simply because that person is a police officer?

4. If, after hearing the evidence and the instructions of the judge, you found that a police officer had violated plaintiffs' rights, would anything cause you to hesitate to make him pay money damages to the person suing him?

5. Do you feel that a person should be compensated for emotional distress that another person wrongfully causes him or her?

6. If the judge were to instruct you that such compensation was proper under the law, would you have any hesitation about making such an award if the evidence warranted it?

7. Do you believe that individuals have the right to file internal affairs complaints against police officers if they feel their rights have been violated?

8. Do you believe that individuals have the right to file civil rights lawsuits against police officers if they feel their rights have been violated?

9. Do you belong to any veterans' organizations?

Respectfully Submitted
Plaintiffs Marc and Alfredo Lopilato
By their attorneys,

//s// Michael Tumposky
Stephen Hrones
BBO # 242860
Jessica D. Hedges
BBO # 645847
Michael Tumposky
BBO No. 660618
Hrones, Garrity& Hedges
Lewis Wharf – Bay 232
Boston, MA  02110-3927
(617) 227-4019

**CERTIFICATE OF SERVICE**

I, Michael Tumposky, hereby certify that, on this the 15th day of October, 2007, I served a copy of Plaintiffs' Proposed Jury Voir Dire, where unable to do so electronically, by first-class, postage prepaid, to all attorneys of record.

//s// Michael Tumposky
Michael Tumposky