UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARC LOPILATO and ALFREDO, )<br>LOPILATO, )<br>Plaintiffs )<br> )<br>v. )<br> )<br>Officer MICHAEL LANK, Officer GLENN )<br>NIX, Officer ERROL LANE, Canton Police )<br>Chief PETER BRIGHT, and the TOWN OF )<br>CANTON, )<br>    Defendants, )<br> ) | C.A. NO. 05-10012 NG |

**PLAINTIFF'S SUPPLEMENTAL WITNESS LIST**

Now comes the plaintiff and adds the following witness to their witness list:

- OFFICER O'CONNER, Canton Police Department

                                                  Respectfully Submitted
                                                  Counsel for plaintiffs,

                                                  //s// Jessica D. Hedges
                                                  Jessica D. Hedges
                                                  BBO No. 645847
                                                  Hrones, Garrity & Hedges, LLP
                                                  Lewis Wharf–Bay 232
                                                  Boston, MA 02110
                                                  T) 617/227-4019

**CERTIFICATE OF SERVICE**

      I, Jessica Hedges, hereby certify that, on this the 19th day of November, 2007, I served a copy of Plaintiffs' Supplemental Witness List, where unable to do so electronically, by first-class, postage prepaid, to all attorneys of record.

                                                  //s// Jessica Hedges
                                                  Jessica Hedges

2