UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARC LOPILATO and ALFREDO, LOPILATO,<br>    Plaintiffs<br><br>v.<br><br>Officer MICHAEL LANK, Officer GLENN NIX, Officer ERROL LANE, Canton Police Chief PETER BRIGHT, and the TOWN OF CANTON,<br>    Defendants, | C.A. NO. 05-10012 NG |

## DEFENDANTS' MOTION IN LIMINE TO EXCLUDE PLAINTIFF'S MEDICAL RECORDS

    Now come the defendants, who move this honorable Court to exclude the introduction into evidence of any of the plaintiff, Marc Lopilato's medical records, including but not limited to his treatment by Dr. Robert Nutt.

    As grounds therefore, the plaintiff was treated by Dr. Nutt after the first incident alleged in his complaint. The plaintiff has failed to produce these records to the defendants despite numerous requests and should therefore be precluded from introducing them as evidence at trial.

    Since the defendants have not had the opportunity to examine said records, depose Dr. Nutt and/or make the determination as to whether or not a medical expert to refute Dr. Nutt's findings is necessary, said medical records are unduly prejudicial to the defendants and must be barred from admission into evidence pursuant to Mass.R.Civ.P. 403(b).

    Wherefore, the defendants move this honorable Court to exclude any and all of the plaintiff's medical records from evidence at trial.

        The defendants,
        By their attorneys,


        */S/ Valerie A. McCormack*
        Douglas I. Louison, BBO# 545191
        Valerie A. McCormack, BBO # 661460
        Merrick, Louison & Costello, LLP.
        67 Batterymarch Street
        Boston, MA 02110
        (617) 439-0305

Dated: November 19, 2007


**CERTIFICATE OF SERVICE**

    I hereby certify that on this 19th day of November, 2007, I served the foregoing by electronic filing and/or causing a copy to be mailed, postage prepaid, to the parties of record.

        */s/ Valerie A. McCormack*
        Valerie A. McCormack, Esq.