UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARC LOPILATO and ALFREDO, )<br>LOPILATO, )<br>    Plaintiffs )<br>                          )<br>v.                             )<br>                          )<br>Officer MICHAEL LANK, Officer GLENN )<br>NIX, Officer ERROL LANE, Canton Police )<br>Chief PETER BRIGHT, and the TOWN OF )<br>CANTON, )<br>    Defendants, ) | C.A. NO. 05-10012 NG |

### DEFENDANT'S MOTION IN LIMINE TO EXCLUDE FROM EVIDENCE PHOTOGRAPHS OF THE ALLEGED VICTIM'S INJURIES

Now comes the Defendant and moves this Honorable Court to rule that the Commonwealth can neither introduce in evidence nor show the jury any pictures of the injuries the plaintiff, Marc Lopilato suffered on or around August 30, 2007. As reasons therefore:

1. The Defendant is not disputing that the alleged victim suffered injuries from his five altercations on the evening of August 30, 2007, and the morning of August 31, 2007.

2. The pictures are gruesome and inflammatory. They serve no probative value and are highly prejudicial to the Defendant insofar as they will serve only to inflame the passions of the jury and no more.

Accordingly, the Defendant requests that the Court exclude the color photographs of the plaintiff's injuries from evidence. If the Court finds that some of the pictures are probative, the Defendant requests that the court allow into evidence only those select photos and no more.

The defendants,
By their attorneys,


*/S/ Valerie A. McCormack*
Douglas I. Louison, BBO# 545191
Valerie A. McCormack, BBO # 661460
Merrick, Louison & Costello, LLP.
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305

Dated:  November 19, 2007


## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of November, 2007, I served the foregoing by electronic filing and/or causing a copy to be mailed, postage prepaid, to the parties of record.

*/s/ Valerie A. McCormack*
Valerie A. McCormack, Esq.

2