UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARC LOPILATO and ALFREDO, LOPILATO,<br>Plaintiffs<br><br>v.<br><br>Officer MICHAEL LANK, Officer GLENN NIX, Officer ERROL LANE, Canton Police Chief PETER BRIGHT, and the TOWN OF CANTON,<br>    Defendants, | C.A. NO. 05-10012 NG |

### DEFENDANTS' MOTION TO SEQUESTER PLAINTIFF'S WITNESSES

The defendants hereby move this Honorable Court to sequester any and all witnesses for the plaintiff.

As grounds therefore, the defendants state that this is a case of credibility involving the testimony of numerous witnesses for the plaintiff. Accordingly, the defendants move that none of the witnesses for the plaintiff be in courtroom while other plaintiff's witnesses or the plaintiff, herself, testifies.

Wherefore, the defendants move this Honorable Court to grant their motion to sequester the plaintiff's witnesses.

                                                  The defendants,
                                                  By their attorneys,

                                                  */S/ Valerie A. McCormack*
                                                  Valerie A. McCormack, BBO # 661460
                                                  Stephen C. Pfaff, BBO#553057
                                                  Merrick, Louison & Costello, LLP.
                                                  67 Batterymarch Street
                                                  Boston, MA 02110
                                                  (617) 439-0305

Dated: <u>November 19, 2007</u>

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 19th day of November, 2007, I served the foregoing by electronic filing and/or causing a copy to be mailed, postage prepaid, to all parties of record.

                                   */s/ Valerie A. McCormack*
                                   Valerie A. McCormack, Esq.