UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARC LOPILATO and ALFREDO, LOPILATO, <br> Plaintiffs <br><br> v. <br><br> Officer MICHAEL LANK, Officer GLENN NIX, Officer ERROL LANE, Canton Police Chief PETER BRIGHT, and the TOWN OF CANTON, <br>    Defendants, | C.A. NO. 05-10012 NG |

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

Pursuant to Local Rule 7.1(A)(2) of the United States District Court for the District of Massachusetts, defense counsel hereby certifies that she conferred with plaintiff's counsel regarding the following Motions on November 19, 2007:

1. *Defendants' Motion in Limine to Exclude Plaintiff's Medical Records*;

2. *Defendants' Motion in Limine to Exclude Evidence of Alleged Misconduct*;

3. *Defendants' Motion in Limine to Exclude Photographs of the Alleged Victim's Injuries*;

4. *Defendants' Motion In Limine To Exclude Evidence Of Plaintiff's Alleged Citations Subsequent To August 30, 2002*; and

5. *Defendants' Motion to Sequester Plaintiffs' Witnesses*.

By,
Counsel for the Defendants,

/s/ Valerie A. McCormack
Valerie A. McCormack

Dated: November 19, 2007

CERTIFICATE OF SERVICE

    I hereby certify that on the 19th day of November, 2007, I served the foregoing by causing a copy to be filed electronically to plaintiffs' counsel.

                                                    s/ Valerie A. McCormack
                                                  Valerie A. McCormack