UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Marc Lopilato | Civil Action<br>No: 05cv10012-WGY |
| Plaintiff |  |
| v. |  |
| Officer Michael Lank et al<br>Defendant |  |

## SETTLEMENT ORDER OF DISMISSAL

YOUNG, D.J.

    The Court having been advised on November 21, 2007 that the above-entitled action has been settled:
    IT IS ORDERED that this action is hereby dismissed without cost and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

/s/Matthew A. Paine
_____
**Deputy Clerk**

**November 21, 2007**

**To: All Counsel**